```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  BENJAMIN B. WAGNER
    CAMIL A. SKIPPER
 3  Assistant U.S. Attorneys
    501 "I" Street, Suite 10-100
 4  Sacramento, California  95814
    Telephone: (916) 554-2709
 5
```

**FILED**

SEP 3 0 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
               DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN RE: | ) | CASE NO 208- M - 330 |
|---|---|---|
| SEALED | ) | SEALING ORDER |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint, accompanying affidavit, and warrant for arrest be sealed until execution of the arrest warrant.

DATED: Sept. 30, 2008

_/s/ Gregory G. Hollows_
**GREGORY G. HOLLOWS**
HON. GREGORY G. HOLLOWS
United States Magistrate Judge